■ GRANT A. ROE, Appellant, v. FRANKLIN A. SCHRIVER, Respondent.— Motion to consolidate appeals and to extend time to perfect the appeals granted. The appellant is to perfect the consolidated appeals and be ready to argue or submit them at the January 1961 Term. The appeals are ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ NAT TAGER, Respondent, v. HEALY AVE. REALTY CORP. et al., Appellants.— Pursuant to stipulation of the parties, dated October 26, 1960, motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit the appeal at the February 1961 Term. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ ISRAEL TRACHTENBERG, Appellant, v. JOHN P. ROWAN, as Executor of BEN LUPOFF, Deceased, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ANTHONY TUFFARELLA, Plaintiff, v. ERIE RAILROAD COMPANY, Defendant and Third-Party Plaintiff-Appellant. STAR CORRUGATED BOX COMPANY, Third-Party Defendant-Respondent.— Motion by Star Corrugated Box Company, third-party defendant-respondent, for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ VILLAGE OF HASTINGS-ON-HUDSON et al., Appellants, v. NEW ROCHELLE WATER COMPANY, Respondent.— Motion by appellants for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ AMITYVILLE NURSERY, Respondent, v. SPRINGFIELD FIRE & MARINE INSURANCE Co., Appellant.— In an action by plaintiff (the assured) to recover damages by reason of the defendant's refusal to defend a personal injury action against plaintiff, as required by the terms of the liability insurance policy issued by defendant to plaintiff, the defendant appeals from an order of the County Court, Nassau County, dated January 14, 1960, granting plaintiff's motion for summary judgment and denying defendant's cross motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ BARNEY ARINOW et al., Appellants, v. ERNEST B. WHITE et al., Respondents.— In an action by purchasers of a parcel of real estate in the City of White Plains, to recover from the sellers the amount of money paid upon the signing of the contract, plus the cost of a title search, on the ground that the sellers' title to the subject premises is unmarketable, plaintiffs appeal from so much of an order of the Supreme Court, Westchester County, dated October 8, 1959, as denies their motion for summary judgment, grants defendants' cross motion for summary judgment and dismisses the amended complaint. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.